**FILED**
CLERK, U.S. DISTRICT COURT

Nov 4, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  Xingyue Group Co., LTD, | )  CASE NO.: 5:15-cv-02600-SVW-SP |
| 12          Petitioner, | )  JUDGMENT |
| 13          vs. | ) |
| 14  Eastern Tools and Equipment, Inc., | ) |
| 15          Respondent. | ) |
| 16 | ) |

17          Judgment is entered for Petitioner, Xingyue Group Co., LTD and against Respondent Eastern

18  Tools and Equipment, Inc., pursuant to the Court's order dated October 27, 2016.

19

20

21  DATE:  November 4, 2016           _____

22                                    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

23

24

25

26

27

28